473 A.2d 689

Commonwealth v. Biggan, Appellant.

Submitted April 28, 1983.   Gary Neil Asteak, for appellant; Christopher T. Spadoni, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.